IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY WILLIAMS, #213512, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 2:15-cv-362-ECM |
| | ) | (WO) |
| LEON BOLLING, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

Upon consideration of Petitioner's motion to dismiss his petition for writ of habeas corpus as moot, it is ORDERED that:

1. Petitioner Jimmy Williams, Jr.'s motion to dismiss (Doc. # 34) is GRANTED.

2. The petition for writ of habeas corpus (Doc. # 1) is DISMISSED without prejudice as moot.

Final judgment will be entered separately.

DONE this 16th day of November , 2018.

    /s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE