IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY WILLIAMS, #213512, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIV. ACT. NO. 2:15-cv-362-ECM ) (WO) |
| LEON BOLLING, *et al.*, | ) ) |
| Respondents. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that the petition for writ of habeas corpus (Doc. # 1) is DISMISSED without prejudice as moot.

It is further ORDERED that no costs are taxed.

The Clerk of the Court is DIRECTED to enter this document on the docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE this 16th day of November, 2018.

        /s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE